UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

**ORDER**

**CORRIE BROWN**

17 Crim. 674-1
Docket #

------------------------------------x

__George B. Daniels__, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

__Michael Bradley__ is hereby ordered to assume

representation of the defendant in the above captioned

matter, __03/04/2021__

SO ORDERED.  FEB 24 2021

_/s/ George B. Daniels_
UNITED STATES DISTRICT JUDGE

**Dated:** New York, New York
    02/24/2021